UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-21628-CIV-ALTONAGA/Goodman

**ANDRES GOMEZ**,

    Plaintiff,
v.

**LEGO SYSTEMS INC.**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court at a July 31, 2017 hearing [ECF No. 39], addressing Defendants, Lego Systems, Inc. and Lego Brand Retail, Inc.'s Motion to Dismiss [ECF No. 27]. For the reasons stated in open court, it is hereby

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 27]** is **DENIED**.

**DONE AND ORDERED** in Miami, Florida this 31st day of July, 2017.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record